**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Renate Postelmans, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Whispers, Inc., | ) | Case No. 1:24-cv-251 |
| | ) | |
| Defendant. | ) | |

On September 18, 2025, Plaintiff filed a Motion for Service and Request for Issuance of Summons. (Doc. No. 28). Therein she requests that a summons for service on Defendant be issued and that a courtesy copy of the summons be mailed to Grace Delling. The court previously directed the Clerk's office to serve Defendant pursuant to Fed. R. Civ. P. 4. Plaintiff's motion (Doc. No. 28) is deemed **MOOT**. The Clerk's office is not required to send courtesy copies of the summons to others.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2025.

>                     */s/ Clare R. Hochhalter*
>                     Clare R. Hochhalter, Magistrate Judge
>                     United States District Court